1  WILLIAM J. GOINES (SBN: 061290)
   KAREN ROSENTHAL (SBN: 209419)
2  CINDY HAMILTON (SBN 217951)
   GREENBERG TRAURIG, LLP
3  1900 University Avenue, Fifth Floor
   East Palo Alto, California 94303
4  Telephone: (650) 328-8500
   Facsimile: (650) 328-8508
5  Email: goinesw@gtlaw.com; rosenthalk@gtlaw.com

6  THOMAS D. BROOKS (*Pro Hac Vice*)
   SPERLING & SLATER, P.C.
7  55 West Monroe, Suite 3200
   Chicago, IL 60603
8  Telephone: (312) 641-3200
   Facsimile: (312) 641-6492
9  Email: tdbrooks@sperling-law.com

10 Attorneys for Plaintiff GEM ACQUISITIONCO,
   LLC and GEM REALTY FUND IV, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| GEM ACQUISITIONCO, LLC and GEM REALTY FUND IV, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> SORENSON GROUP HOLDINGS, LLC, JAMES L. SORENSON, JOSEPH SORENSON, TIMOTHY FENTON, et al., <br><br> Defendants. | Case No. C 09-01484 SI <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO TRANSFER VENUE TO JUNE 5, 2009** |
|---|---|

Plaintiffs GEM ACQUISITIONCO, LLC and GEM REALTY FUND IV, L.P. ("Plaintiff"), and Defendants SORENSON GROUP HOLDINGS, LLC, JAMES L. SORENSON, JOSEPH SORENSON, TIMOTHY FENTON (collectively "Defendants") hereby stipulate by and through their respective counsel as follows:

WHEREAS, Defendants have filed a Motion to Transfer Venue to the District of Utah

1   ("Motion to Transfer"), which is pending for hearing before this Court on May 22, 2009, and

2   WHEREAS, Plaintiff has filed a Motion to Enjoin Defendants' Prosecution of Later-Filed

3   Utah Case ("Motion to Enjoin"), which is pending for hearing before this Court on June 5, 2009, and

4   WHEREAS, the parties have agreed that it would be in the best interest of economy and time

5   to have the hearings considered by the Court on the same day,

6   IT IS HEREBY STIPULATED:

7   1.   The hearing on the Motion to Transfer Venue be continued to June 5, 2009 at 9:00

8   a.m. in Courtroom 10, 19th Floor of the above-entitled court;

9   2.   Defendants' Opposition to the Motion to Enjoin shall be filed on May 15, 2009, and

10  Plaintiff's Reply Brief shall be filed on May 22, 2009; and

11  3.   Defendants' Reply Brief to the Motion to Transfer Venue shall be filed on May 22,

12  2009.

Dated: May 8, 2009                    GREENBERG TRAURIG, LLP


By: /s/ *William J. Goines*
    William J. Goines
    Karen Rosenthal

Thomas D. Brooks
SPERLING & SLATER, P.C.
(*Pro Hac Vice*)

Attorneys for Plaintiffs GEM ACQUISITIONCO, LLC and GEM REALTY FUND IV, L.P.

Dated: May 8, 2009                    MORRISON & FOERSTER LLP


By: /s/ *Kenneth A. Kuwayti*
    Kenneth A. Kuwayti

Attorneys for Defendants Sorenson Group Holdings, LLC, James L. Sorenson, Joseph Sorenson and Timothy Fenton

-2 -   STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING
DATE ON DEFENDANTS MOTION TO TRANSFER VENUE
CASE NO. C -09-01484 SI

SV 346,399,014v1 5-8-09

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: _____    _____
                                                       Hon. Susan Illston
                                                       Judge of the United States District Court