IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEM ACQUISITIONCO, LLC and GEM REALTY FUND IV, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> SORENSON GROUP HOLDINGS, LLC, JAMES L. SORENSON, JOSEPH SORENSON, TIMOTHY FENTON, and DOES 1-25, <br><br> Defendants. | No. C 09-1484 SI <br><br> **ORDER RE: PROTECTIVE ORDER** |

Now before the Court is a dispute concerning the terms of a protective order regarding the production of confidential material. The parties have agreed to most of the terms of a protective order but two issues remain unresolved.

First, the parties dispute the terms under which documents designated as highly confidential may be disclosed to experts. Defendants wish to include a provision (numbered § 7.4 in defendants' proposed order) that would allow parties to object to the disclosure of highly confidential material to experts. Defendants' proposal follows the terms suggested in the Northern District of California's model protective order. In response to plaintiffs' objection, defendants shortened the period for raising objections from seven days to five days. The Court finds that defendants' proposal is likely to avoid disputes over the disclosure of highly confidential material to expert witnesses. Accordingly, defendants' proposed sections 7.4 and 7.3(c)(3) shall be included in the protective order.

Second, plaintiffs' proposed order includes § 7.3(f), which provides that documents designated as highly confidential may be disclosed to witnesses during their depositions if disclosure is "reasonably

necessary" and the witness has signed an agreement to be bound by the protective order. *See* Pl. Proposed Order § 7.3(f). The Court agrees with defendants that allowing witnesses to see these materials would detract from the usefulness of a "highly confidential" designation for certain documents.

Accordingly, the Court rejects plaintiffs' proposed addition to the protective order.

The Court shall enter the defendants' proposed order, which is attached as exhibit A to defendants' letter brief. [Docket No. 36]

**IT IS SO ORDERED.**

Dated: July 24, 2009

SUSAN ILLSTON
United States District Judge