1  WILLIAM J. GOINES (SBN: 061290)
   KAREN ROSENTHAL (SBN: 209419)
2  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
3  East Palo Alto, California  94303
   Telephone: (650) 328-8500
4  Facsimile: (650) 328-8508
   goinesw@gtlaw.com
5  rosenthalk@gtlaw.com

6  THOMAS D. BROOKS (Admitted *Pro Hac Vice*)
   SPERLING & SLATER, P.C.
7  55 West Monroe, Suite 3200
   Chicago, IL  60603
8  Telephone: (312) 641-3200
   Facsimile: (312) 641-6492
9  tdbrooks@sperling-law.com

10 Attorneys for Plaintiffs GEM ACQUISITIONCO, LLC and
   GEM REALTY FUND IV, L.P

11
   KENNETH A. KUWAYTI (SBN 145384)
12 kkuwayti@mofo.com
   MORRISON & FOERSTER LLP
13 755 Page Mill Road
   Palo Alto, California  94304-1018
14 Telephone:  (650) 813-5600
   Facsimile:  (650) 494-0792
15
   Attorneys for Defendants SORENSON GROUP HOLDINGS,
16 LLC, JAMES L. SORENSON, JOSEPH SORENSON, and
   TIMOTHY FENTON
17

18             IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
19                  SAN FRANCISCO DIVISION

20
   GEM ACQUISITIONCO, LLC, and GEM
21 REALTY FUND IV, L.P.,                Case No.  C 09-1484-SI

22              Plaintiffs;           **[PROPOSED] ORDER TO FILE
   v.                                 PLAINTIFFS' OPPOSITIONS TO
23                                     DEFENDANTS' MOTION FOR
   SORENSON GROUP HOLDINGS, LLC,       DECLARATORY JUDGMENT AND
24 JAMES L. SORENSON, JOSEPH           MOTION TO STRIKE JURY DEMAND
   SORENSON, TIMOTHY FENTON, and       AND SUPPORTING DECLARATION
25 DOES 1-25, inclusive,               UNDER SEAL**

26              Defendants.

27

28
                              1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     This matter comes before the Court on the parties' Stipulation for Leave to File Plaintiffs' Oppositions to Defendants' Motion for Declaratory Judgment and Motion to Strike Jury Demand and the Declaration of Thomas D. Brooks in Support under Seal.  Having considered the arguments and evidence submitted and for good cause appearing:

     IT IS HEREBY ORDERED THAT pages 4, 5, 6, 8 & 9 of GEM's Opposition to Defendants' Motion to Strike the Jury Demand, pages 4, 5 & 6 of GEM's Opposition to Defendants' Motion for Declaratory Judgment, and Exhibits D, H, I, J, K, N, O, P, Q, T & U to the Declaration of Thomas Brooks in support of the Oppositions are filed under seal pursuant to the Stipulated Protective Order entered in this case.

Dated: _____      _____
                                             SUSAN ILLSTON
                                    UNITED STATES DISTRICT JUDGE