WILLIAM J. GOINES (SBN: 061290)
KAREN ROSENTHAL (SBN: 209419)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
goinesw@gtlaw.com
rosenthalk@gtlaw.com

THOMAS D. BROOKS (Admitted *Pro Hac Vice*)
SPERLING & SLATER, P.C.
55 West Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200
Facsimile: (312) 641-6492
tdbrooks@sperling-law.com

Attorneys for Plaintiffs GEM ACQUISITIONCO, LLC and
GEM REALTY FUND IV, L.P

KENNETH A. KUWAYTI (SBN 145384)
kkuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for Defendants SORENSON GROUP HOLDINGS, LLC, JAMES L. SORENSON, JOSEPH SORENSON, and TIMOTHY FENTON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GEM ACQUISITIONCO, LLC, and GEM REALTY FUND IV, L.P., <br><br>Plaintiffs;<br>v.<br><br>SORENSON GROUP HOLDINGS, LLC, JAMES L. SORENSON, JOSEPH SORENSON, TIMOTHY FENTON, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. C 09-1484-SI <br><br>**[PROPOSED] ORDER TO FILE PLAINTIFFS' MOTION TO COMPEL AND SUPPORTING DECLARATION UNDER SEAL** |

This matter comes before the Court on the parties' Stipulation for Leave to File Plaintiffs' Motion to Compel and Supporting Declaration Under Seal. Having considered the arguments and evidence submitted and for good cause appearing:

IT IS HEREBY ORDERED THAT GEM may file its Motion to Compel with redactions in the text where referencing materials that were marked as confidential pursuant to the Stipulated Protective Order entered in this case, and that the following exhibits to the Declaration of Thomas Brooks in Support of the Motion to Compel may be filed under seal pursuant to the Stipulated Protective Order: (i) the SGH FNB Ventures, LLC Limited Liability Company Agreement dated February 17, 2009 and (ii) the Limited Liability Company Agreement of Sorenson Group Management, LLC dated February 17, 2009.

Dated: _____

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE