1 | KENNETH A. KUWAYTI (BAR NO. 145384)
KKuwayti@mofo.com
2 | COLETTE R. VERKUIL (BAR NO. 263630)
CVerkuil@mofo.com
3 | CHRISTOPHER L. ROBINSON (BAR NO. 260778)
ChristopherRobinson@mofo.com
4 | MORRISON & FOERSTER LLP
755 Page Mill Road
5 | Palo Alto, California 94304-1018
Telephone: 650.813.5600
6 | Facsimile: 650.494.0792

7 | Attorneys for Defendants
SORENSON GROUP HOLDINGS, LLC, JAMES L.
8 | SORENSON, JOSEPH SORENSON, TIMOTHY
FENTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEM ACQUISITIONCO, LLC, and GEM REALTY FUND IV, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>SORENSON GROUP HOLDINGS, LLC, JAMES L. SORENSON, JOSEPH SORENSON, TIMOTHY FENTON, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. CV 09-1484 SI<br><br>**[PROPOSED] ORDER TO FILE DEFENDANTS' LETTER BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL AND SUPPORTING DECLARATION UNDER SEAL** |

This matter comes before the Court on the parties' Stipulation for Leave to File Defendants' Letter Brief in Opposition to Plaintiffs' Motion to Compel and Supporting Declaration Under Seal. Having considered the arguments and evidence submitted and for good cause appearing:

IT IS HEREBY ORDERED THAT SORENSON may file its Letter Brief in Opposition to Plaintiffs' Motion to Compel with redactions in the text where referencing materials that were marked as confidential pursuant to the Stipulated Protective Order entered in this case,

and that the following exhibits to the Declaration of Christopher L. Robinson in Support of the Letter Brief in Opposition to Plaintiffs' Motion to Compel may be filed under seal pursuant to the Stipulated Protective Order: (a) the SGH-DBS letter of intent dated February 14, 2009 (SGH0001480); (c) an e-mail from Randy Single to Jeffery Golden dated February 7, 2009 (TPKE00003563); (d) the SGH-DBS purchase agreement dated February 17, 2009 (SGH0005277); (e) an e-mail from Jim Sorenson to Mark Staples et al. dated February 12, 2009 (SGH0002300); and (f) an e-mail from Mark Staples to Jim Sorenson dated February 12, 2009 (SGH0001486).

Dated: _____  _____
                                       SUSAN ILLSTON
                                       UNITED STATES DISTRICT JUDGE

[PROP] ORDER TO FILE DFTS' LETTER BRIEF IN OPPOSITION TO PLFS' MOTION TO COMPEL AND SUPPORTING DECL. UNDER SEAL -- Case No. CV 09-1484 SI
pa-1393709

2