KENNETH A. KUWAYTI (SBN 145384)
KKuwayti@mofo.com
COLETTE R. VERKUIL (SBN 263630)
CVerkuil@mofo.com
CHRISTOPHER L. ROBINSON (SBN 260778)
ChristopherRobinson@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendants
SORENSON GROUP HOLDINGS, LLC,
JAMES L. SORENSON, JOSEPH SORENSON,
TIMOTHY FENTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEM ACQUISITIONCO, LLC, and GEM REALTY FUND IV, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>SORENSON GROUP HOLDINGS, LLC, JAMES L. SORENSON, JOSEPH SORENSON, TIMOTHY FENTON, and DOES 1-25, inclusive,<br><br>Defendants. | Case No.  CV 09-1484 SI<br><br>**[PROPOSED] ORDER ENLARGING TIME PURSUANT TO CIV. L.R. 6-2** |

1   This matter comes before the Court on the parties' Stipulated Request for Order Enlarging
2   Time Pursuant to Civ. L.R. 6-2. Having considered the arguments and evidence submitted and
3   for good cause appearing:
4   IT IS SO ORDERED THAT the schedule in this case shall be extended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Fact discovery cutoff | 04/30/2010 | 05/28/2010 |
| Expert disclosures | 04/09/2010 | 05/07/2010 |
| Rebuttal expert disclosures | 05/07/2010 | 06/04/2010 |
| Expert discovery cutoff | 06/04/2010 | 07/02/2010 |
| Dispositive motions | 05/14/2010 | 06/11/2010 |
| Oppositions to dispositive motions | 05/28/2010 | 06/25/2010 |
| Replies to dispositive motions | 06/04/2010 | 07/02/2010 |
| Dispositive motion hearing | 06/18/2010 | 07/16/2010 |
| Pretrial conference | 07/06/2010 | 08/03/2010 |
| Trial | 07/19/2010 | 08/~~16/2010~~ 8/30/10 |

Dated: 4/1/10

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE