# Exhibit A

| | |
|---|---|
| 1 | WILLIAM J. GOINES (SBN: 061290) |
| | KAREN ROSENTHAL (SBN: 209419) |
| 2 | GREENBERG TRAURIG, LLP |
| | 1900 University Avenue, Fifth Floor |
| 3 | East Palo Alto, California  94303 |
| | Telephone: (650) 328-8500 |
| 4 | Facsimile: (650) 328-8508 |
| | goinesw@gtlaw.com |
| 5 | rosenthalk@gtlaw.com |
| 6 | THOMAS D. BROOKS (Admitted *Pro Hac Vice*) |
| | SPERLING & SLATER, P.C. |
| 7 | 55 West Monroe, Suite 3200 |
| | Chicago, IL  60603 |
| 8 | Telephone: (312) 641-3200 |
| | Facsimile: (312) 641-6492 |
| 9 | tdbrooks@sperling-law.com |
| 10 | Attorneys for Plaintiffs GEM ACQUISITIONCO, LLC and |
| | GEM REALTY FUND IV, L.P |
| 11 | |
| 12 | KENNETH A. KUWAYTI (SBN 145384) |
| | kkuwayti@mofo.com |
| 13 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 14 | Palo Alto, California  94304-1018 |
| | Telephone:  (650) 813-5600 |
| 15 | Facsimile:  (650) 494-0792 |
| 16 | Attorneys for Defendants SORENSON GROUP HOLDINGS, |
| | LLC, JAMES L. SORENSON, JOSEPH SORENSON, and |
| 17 | TIMOTHY FENTON |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GEM ACQUISITIONCO, LLC, and GEM REALTY FUND IV, L.P., | Case No.  C 09-1484-SI |
| Plaintiffs; | **[PROPOSED] ORDER TO FILE PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO BIFURCATE AND SUPPORTING DOCUMENTS UNDER SEAL** |
| v. | |
| SORENSON GROUP HOLDINGS, LLC, JAMES L. SORENSON, JOSEPH SORENSON, TIMOTHY FENTON, and DOES 1-25, inclusive, | |
| Defendants. | |

1

This matter comes before the Court on the parties' Stipulation for Leave to File Plaintiffs' Memorandum in Opposition to Defendants' Motion to Bifurcate and Supporting Documents Under Seal. Having considered the arguments and evidence submitted and for good cause appearing:

IT IS HEREBY ORDERED THAT GEM may file its Memorandum in Opposition to Defendants' Motion to Bifurcate with redactions in the text where referencing materials that were marked as confidential pursuant to the Stipulated Protective Order entered in this case, and that the following exhibits to the Declaration of Thomas Brooks in Support of the Memorandum in Opposition to Defendants' Motion to Bifurcate that contain materials designated as confidential pursuant to the Stipulated Protective Order may be filed under seal:

SGH FNB Ventures, LLC Limited Liability Company Agreement dated February 17, 2009 (TPKE00000042-78); Email from Jim Sorenson to Mark Staples, Tim Fenton, and Joe T. Sorenson dated February 12, 2009 (SGH0002300); Email from Mark Staples to Jim Sorenson and Don Wallace dated February 12, 2009 (SGH0001496); Email from Mark Staples to Jim Sorenson dated February 12, 2009 (SGH0001492); Letter from the FDIC to Universal FNBN Holdings, LLC dated January 27, 2009 (UEG 001-16); Email from Mark Staples to Jim Sorenson, Tim Fenton and Joe T. Sorenson dated February 14, 2009 (SGH0001480) with Memorandum of Understanding attached (SGH0001481-1484); Email from David Dixon to Randy Single dated February 14, 2009 (TPKE00004203-4205); email from Corey Leiseth to Jim Sorenson, Tim Fenton and Joe T. Sorenson dated February 17, 2009 (SGH0001603-1610); Email from Jim Sorenson to Mark Staples dated February 12, 2009 (SGH0001536); Email from Corey Leiseth to Mark Staples dated February 12, 2009 forwarding an FNB Deal Analysis (SGH0003662-3670); and Email from Mark Staples to Jim Sorenson and Don Wallace dated February 13, 2009, forwarding an updated FNB Financial Model (SGH0003622-3629).

2

[PROPOSED] ORDER TO FILE MEMORANDUM IN OPP. TO DEFS.' MTN. TO BIFURCATE AND DECLARATION UNDER SEAL, CASE NO. C 09-1484-SI

1  Dated: _____

　　　　　　　　　　　　　　　　　　　_____
2　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3

[Proposed] Order to File Memorandum in Opp. to Defs.' Mtn. to Bifurcate and Declaration Under Seal, Case No. C 09-1484-SI