WILLIAM J. GOINES (SBN: 061290)
KAREN ROSENTHAL (SBN: 209419)
GREENBERG TAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
goinesw@gtlaw.com
rosenthalk@gtlaw.com

THOMAS D. BROOKS (Admitted *Pro Hac Vice*)
SPERLING & SLATER, P.C.
55 West Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200
Facsimile: (312) 641-6492
tdbrooks@sperling-law.com

Attorneys for Plaintiffs GEM ACQUISITIONCO, LLC and GEM REALTY FUND IV, L.P

KENNETH A. KUWAYTI (SBN 145384)
kkuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for Defendants SORENSON GROUP HOLDINGS, LLC, JAMES L. SORENSON, JOSEPH SORENSON, and TIMOTHY FENTON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GEM ACQUISITIONCO, LLC, and GEM REALTY FUND IV, L.P., <br><br>Plaintiffs; <br>v. <br>SORENSON GROUP HOLDINGS, LLC, JAMES L. SORENSON, JOSEPH SORENSON, TIMOTHY FENTON, and DOES 1-25, inclusive, <br><br>Defendants. | Case No. C 09-1484-SI <br><br>**STIPULATED REQUEST FOR ORDER ENLARGING TIME PURSUANT TO CIV. L.R. 6-2** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties hereby stipulate to the following request for an extension of the current case schedule:

WHEREAS this case was removed to this Court on April 3, 2009 and has been pending for just over a year;

WHEREAS the case is currently set for a bench trial to commence on August 30, 2010, with a fact discovery cut-off of May 28, 2010;

WHEREAS the parties have recently stipulated pursuant to Fed. R. Civ. P. 30(a) to the taking of three additional fact-witness depositions per side (i.e., a total of 13 fact-witness depositions per side);

WHEREAS the parties expect to complete these depositions by mid-June 2010;

WHEREAS the parties have agreed to a schedule extending pretrial deadlines to accommodate these additional depositions that will not impact the trial date set in this case;

WHEREAS the parties have previously requested two modifications of time from the Court, one of which was granted on December 18, 2009, and the other of which was granted on April 2, 2010;

WHEREAS the Court, in modifying the schedule on April 2, set a trial date two weeks later than the trial date proposed by the parties, but accepted the other pre-trial dates proposed by the parties;

THEREFORE, for the reasons set forth more fully in the accompanying declaration of Thomas D. Brooks, the parties request the entry of the proposed order, attached as Exhibit A.

Dated: May 27, 2010

Respectfully Submitted,

By: /s/ Thomas D. Brooks
THOMAS D. BROOKS (*Pro Hac Vice*)
SPERLING & SLATER, P.C.
55 West Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200
Facsimile: (312) 641-6492

WILLIAM J. GOINES (SBN: 061290)
KAREN ROSENTHAL (SBN: 209419)
CINDY HAMILTON (SBN: 217951)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Plaintiffs GEM ACQUISITIONCO, LLC and GEM REALTY FUND IV, L.P.

By: /s/Kenneth A. Kuwayti

KENNETH A. KUWAYTI (CA SBN 145384)
CHRISTOPHER L. ROBINSON (CA SBN 260778)
COLETTE R. VERKUIL (CA SBN 263630)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendants SORENSON GROUP HOLDINGS, LLC, JAMES L. SORENSON, JOSEPH SORENSON AND TIMOTHY FENTON

## ATTESTATION CLAUSE

I, Thomas D. Brooks, am the ECF user whose ID and password are being used to file this STIPULATED REQUEST FOR ORDER ENLARGING TIME PURSUANT TO CIV. L.R. 6-2. In compliance with General Order 45, X.B., I hereby attest that Kenneth A. Kuwayti of Morrison & Forester LLP, acting on behalf of Sorenson, has concurred in this filing.

Dated: May 27, 2010               SPERLING & SLATER, P.C.

                                  By: /s/Thomas D. Brooks
                                      Thomas D. Brooks

```
 1  WILLIAM J. GOINES (SBN: 061290)
    KAREN ROSENTHAL (SBN: 209419)
 2  GREENBERG TRAURIG, LLP
    1900 University Avenue, Fifth Floor
 3  East Palo Alto, California 94303
    Telephone: (650) 328-8500
 4  Facsimile: (650) 328-8508
    goinesw@gtlaw.com
 5  rosenthalk@gtlaw.com

 6  THOMAS D. BROOKS (Pro Hac Vice)
    SPERLING & SLATER, P.C.
 7  55 West Monroe, Suite 3200
    Chicago, IL 60603
 8  Telephone: (312) 641-3200
    Facsimile: (312) 641-6492
 9  tdbrooks@sperling-law.com

10  Attorneys for Plaintiffs GEM
    ACQUISITIONCO, LLC and GEM
11  REALTY FUND IV, L.P.
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GEM ACQUISITIONCO, LLC, and GEM REALTY FUND IV, L.P., <br><br>Plaintiffs, <br><br>v. <br><br>SORENSON GROUP HOLDINGS, LLC, JAMES L. SORENSON, JOSEPH SORENSON, TIMOTHY FENTON, and DOES 1-25, inclusive, <br><br>Defendants. | Case No. CV 09-1484 SI <br><br>**[PROPOSED] ORDER ENLARGING TIME PURSUANT TO CIV. L.R. 6-2** |

This matter comes before the Court on parties' Stipulated Request for Order Enlarging Time Pursuant to Civ. L.R. 6-2. Having considered the arguments and evidence submitted and for good cause appearing:

IT IS SO ORDERED THAT the schedule in this case shall be extended as follows:

EXHIBIT A

| Event | Current Date | Amended Date |
|---|---|---|
| Fact discovery cutoff | 05/28/2010 | 06/18/2010 |
| Expert disclosures | 05/07/2010 | NO CHANGE |
| Rebuttal expert disclosures | 06/04/2010 | ~~06/25/2010~~ 6/4/10 |
| Expert discovery cutoff | 07/02/2010 | ~~07/23/2010~~ 7/1/10 |
| Dispositive motions | 06/11/2010 | ~~07/02/2010~~ 6/18/10 |
| Oppositions to dispositive motions | 06/25/2010 | ~~07/16/2010~~ 7/2/10 |
| Replies to dispositive motions | 07/02/2010 | ~~07/23/2010~~ 7/9/10 |
| Dispositive motion hearing | 07/16/2010 | ~~08/06/2010~~ 7/23/10 |
| Pretrial conference | 08/03/2010 | ~~08/17/2010~~ 8/24/10 |
| Trial | 08/30/2010 | NO CHANGE |

*[signature: Susan Illston]*

Dated:_____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ENLARGING TIME PURSUANT TO CIV. L.R. 6-2
Case No. CV 09-1484 SI

2