```
 1  KENNETH A. KUWAYTI (CA SBN 145384)
    KKuwayti@mofo.com
 2  COLETTE R. VERKUIL (CA SBN 263630)
    CVerkuil@mofo.com
 3  CHRISTOPHER L. ROBINSON (CA SBN
    260778)
 4  ChristopherRobinson@mofo.com
    MORRISON & FOERSTER LLP
 5  755 Page Mill Road
    Palo Alto, California  94304-1018
 6  Telephone: 650.813.5600
    Facsimile: 650.494.0792
 7
    Attorneys for Defendants
 8  SORENSON GROUP HOLDINGS, LLC,
    JAMES L. SORENSON, JOSEPH SORENSON,
 9  and TIMOTHY FENTON
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEM ACQUISITIONCO, LLC, and GEM REALTY FUND IV, L.P.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SORENSON GROUP HOLDINGS, LLC, JAMES L. SORENSON, JOSEPH SORENSON, TIMOTHY FENTON, and DOES 1-25, inclusive,<br><br>　　　　　　Defendants. | Case No. CV 09-1484 SI<br><br>**[PROPOSED] ORDER ENLARGING TIME PURSUANT TO CIV. L.R. 6-2** |

This matter comes before the Court on parties' Stipulated Request for Order Enlarging Time Pursuant to Civ. L.R. 6-2.  Having considered the arguments and evidence submitted and for good cause appearing:

IT IS SO ORDERED THAT the schedule in this case shall be extended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Fact discovery cutoff | 06/18/2010 | NO CHANGE |
| Expert disclosures | 05/07/2010 | NO CHANGE |
| Rebuttal expert disclosures | 06/04/2010 | 06/25/2010 |
| Expert discovery cutoff | 07/01/2010 | 07/23/2010 |
| Dispositive motions | 06/18/2010 | NO CHANGE |
| Oppositions to dispositive motions | 07/02/2010 | NO CHANGE |
| Replies to dispositive motions | 07/09/2010 | NO CHANGE |
| Dispositive motion hearing | 07/23/2010 | NO CHANGE |
| Pretrial conference | 08/24/2010 | NO CHANGE |
| Trial | 08/30/2010 | NO CHANGE |

Dated:_____    _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ENLARGING TIME PURSUANT TO CIV. L.R. 6-2
Case No. CV 09-1484 SI
pa-1408315

1