# Exhibit A

1  WILLIAM J. GOINES (SBN: 061290)
   KAREN ROSENTHAL (SBN: 209419)
2  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
3  East Palo Alto, California 94303
   Telephone: (650) 328-8500
4  Facsimile: (650) 328-8508
   goinesw@gtlaw.com
5  rosenthalk@gtlaw.com

6  THOMAS D. BROOKS (Admitted *Pro Hac Vice*)
   SPERLING & SLATER, P.C.
7  55 West Monroe, Suite 3200
   Chicago, IL 60603
8  Telephone: (312) 641-3200
   Facsimile: (312) 641-6492
9  tdbrooks@sperling-law.com

10 Attorneys for Plaintiffs GEM ACQUISITIONCO, LLC and
   GEM REALTY FUND IV, L.P
11

   KENNETH A. KUWAYTI (SBN 145384)
12 kkuwayti@mofo.com
   MORRISON & FOERSTER LLP
13 755 Page Mill Road
   Palo Alto, California 94304-1018
14 Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
15

   Attorneys for Defendants SORENSON GROUP HOLDINGS,
16 LLC, JAMES L. SORENSON, JOSEPH SORENSON, and
   TIMOTHY FENTON
17

18                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
19                           SAN FRANCISCO DIVISION

20
   GEM ACQUISITIONCO, LLC, and GEM
21 REALTY FUND IV, L.P.,                         Case No. C 09-1484-SI

22              Plaintiffs;                      **[PROPOSED] ORDER TO FILE EXHIBIT
        v.                                       TO DECLARATION IN SUPPORT OF
23                                               PLAINTIFFS' MOTION TO COMPEL
   SORENSON GROUP HOLDINGS, LLC,                 UNDER SEAL**
24 JAMES L. SORENSON, JOSEPH
   SORENSON, TIMOTHY FENTON, and
25 DOES 1-25, inclusive,

26              Defendants.

27

28

                                           1

This matter comes before the Court on the parties' Stipulation for Leave to File Exhibit to Declaration in Support of Plaintiffs' Motion to Compel Under Seal. Having considered the arguments and evidence submitted and for good cause appearing:

IT IS HEREBY ORDERED THAT GEM may file under seal an exhibit to the Declaration of Thomas Brooks in Support of Plaintiffs' Motion to Compel that contains material designated as confidential pursuant to the Stipulated Protective Order.

Dated: _____

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE