| | |
|---|---|
| 1 | KENNETH A. KUWAYTI (SBN 145384) |
|   | kkuwayti@mofo.com |
| 2 | COLETTE R. VERKUIL (SBN 263630) |
|   | CVerkuil@mofo.com |
| 3 | CHRISTOPHER L. ROBINSON (SBN 260778) |
|   | ChristopherRobinson@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 755 Page Mill Road |
| 5 | Palo Alto, California  94304-1018 |
|   | Telephone:  (650) 813-5600 |
| 6 | Facsimile:  (650) 494-0792 |
| 7 | Attorneys for Defendants |
| 8 | WILLIAM J. GOINES (SBN:  061290) |
|   | KAREN ROSENTHAL (SBN:  209419) |
| 9 | GREENBERG TRAURIG, LLP |
|   | 1900 University Avenue, Fifth Floor |
| 10 | East Palo Alto, California  94303 |
|    | Telephone: (650) 328-8500 |
| 11 | Facsimile: (650) 328-8508 |
|    | goinesw@gtlaw.com |
| 12 | rosenthalk@gtlaw.com |
| 13 | THOMAS D. BROOKS (Admitted *Pro Hac Vice*) |
|    | SPERLING & SLATER, P.C. |
| 14 | 55 West Monroe, Suite 3200 |
|    | Chicago, IL  60603 |
| 15 | Telephone: (312) 641-3200 |
|    | Facsimile: (312) 641-6492 |
| 16 | tdbrooks@sperling-law.com |
| 17 | Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GEM ACQUISITIONCO, LLC, and GEM REALTY FUND IV, L.P., | Case No.  C 09-1484-SI |
| Plaintiffs; | **STIPULATION OF DISMISSAL** |
| v. | |
| SORENSON GROUP HOLDINGS, LLC, JAMES L. SORENSON, JOSEPH SORENSON, TIMOTHY FENTON, and DOES 1-25, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated legal counsel that, pursuant to the Settlement Agreement and Release entered into between the parties on August 5, 2010, the above-captioned action be and hereby is dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1). Each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this litigation.

Respectfully Submitted,

Dated: August 6, 2010.

By: /s/ Tom Brooks

WILLIAM J. GOINES (SBN: 061290)
KAREN ROSENTHAL (SBN: 209419)
CINDY HAMILTON (SBN: 217951)
GREENBERG TAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

THOMAS D. BROOKS (*Pro Hac Vice*)
SPERLING & SLATER, P.C.
55 West Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200
Facsimile: (312) 641-6492

Attorneys for Plaintiffs GEM ACQUISITIONCO, LLC and GEM REALTY FUND IV, L.P.



IT IS SO ORDERED
Judge Susan Illston

By: /s/ Kenneth A. Kuwayti

KENNTH A. KUWAYTI (CA SBN 145384)
COLETTE R. VERKUIL
CHRISTOPHER ROBINSON
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendants SORENSON GROUP HOLDINGS, LLC, JAMES L. SORENSON, JOSEPH SORENSON AND TIMOTHY FENTON

**ATTESTATION CLAUSE**

I, Kenneth A. Kuwayti, am the ECF User whose ID and password are being used to file this STIPULATION OF DISMISSAL. In compliance with General Order 45, X.B., I hereby attest that Tom Brooks of Sperling & Slater, PC, acting on behalf of GEM, have concurred in this filing.

Dated: August 6, 2010                    MORRISON & FOERSTER LLP


                                          By:   /s/ Kenneth A. Kuwayti
                                                KENNETH A. KUWAYTI